No. 42789.—Protest 947378–G of L. Oppleman, Inc. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of United States v. Ellis Silver Co. (16 Ct. Cust. Appls. 570, T.D. 43297) the articles in question were held dutiable as hollow ware at 40 percent under paragraph 339 as claimed.

No. 42790.—Protests 960171–G, etc., of J. S. Staedtler, Inc. (New York).

Opinion by DALLINGER, J. It was stipulated that the pencils in question are stamped with names other than the manufacturers' or the manufacturers' trade name or trade mark, the same as those passed upon in Staedtler v. United States (2 Cust. Ct. 484, C. D. 183). The claim at 50 cents per gross and 25 percent ad valorem under paragraph 1549 (a) was therefore sustained.

No. 42791.—Protests 873299–G, etc., of L. Oppleman, Inc. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel weather sets the same as those the subject of Abstract 42039 were held dutiable at 40 percent under paragraph 339, and aneroid barometers like those the subject of United States v. Oppleman (25 C. C. P. A. 168, T. D. 49271) were held dutiable at 27½ percent under paragraph 372 as claimed.

No. 42792.—Protest 912807–G of Palatine Industrial Co., Inc. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of sheets composed of copper, with layers of aluminum imposed thereon by rolling, and not thermostatic metal. The claim at 30 percent under paragraph 309 was sustained.

No. 42793.—Protest 918852–G of Greenberg & Josefsberg (New York).

Opinion by DALLINGER, J. Inasmuch as the collector did not designate one-tenth of the packages to be examined by the appraiser it was held that the appraisement is null and void ab initio. United States v. Davis (20 C. C. P. A. 305, T. D. 46087), Sprague v. United States (T. D. 49193), and Abstract 41688 followed.

BEFORE THE THIRD DIVISION, DECEMBER 7, 1939

No. 42794.—Protest 945137–G of A. Cohen & Sons Corp. (New York).

Opinion by CLINE, J. No evidence was offered in support of the claims made. On the record presented the protest was overruled.